# IN THE SUPREME COURT OF THE STATE OF NEVADA

KAWIKA KEOLAMAINAAUPO HEGENT,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 77568

FILED

DEC 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 5, 2014. Appellant did not file the notice of appeal, however, until November 28, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-908866

cc: Hon. Scott N. Freeman, District Judge
Kawika Keolamainaaupo Hegent
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk